**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | NO. 966 |
| | : | |
| ORDER AMENDING RULE 1.2 OF THE | : | SUPREME COURT RULES DOCKET |
| PENNSYLVANIA RULES OF ORPHANS' | : | |
| COURT PROCEDURE | : | |
| | : | |

**ORDER**

**PER CURIAM**

     **AND NOW**, this 3rd day of November, 2023, upon the recommendation of the Orphans' Court Procedural Rules Committee; the proposal having been published for public comment at 51 Pa.B. 5532 (September 4, 2021):

     It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 1.2 of the Pennsylvania Rules of Orphans' Court Procedure is amended in the attached form.

     This Order shall be processed in accordance with Pa.R.J.A. 103(b) and shall be effective on January 1, 2024.

Additions to the rules are shown in bold and are underlined.
Deletions from the rules are shown in bold and brackets.